Edward W. ANDERSON, Plaintiff–Appellant,

v.

WASTE MANAGEMENT OF WILMINGTON; Tammie Hoffman; Laura Snow; Donovan Dukes, Defendants–Appellees.

No. 16-1480

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Edward W. Anderson, Appellant Pro Se. Monica E. Webb, McGuirewoods, LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward W. Anderson appeals the district court's order adopting the magistrate judge's recommendation and dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and we affirm for the reasons stated by the district court. Anderson v. Waste Mgmt. of Wilmington, No. 7:15–cv–00014–FL, 2016 WL 1183114 (E.D.N.C. Mar. 28, 2016). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED